# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

KATINA VON KING,

          Plaintiff,

v.                              CIVIL ACTION NO. 3:23-0809

MAYOR STEVE WILLIAMS,
THE CITY OF HUNTINGTON, WV,

          Defendants.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court deny the Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1), dismiss the Plaintiff's Complaint (ECF No. 2), and remove this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1), **DISMISSES** Plaintiff's Complaint (ECF No. 2), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: January 30, 2024

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE